IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF/RESPONDENT |
| V. CASE NO. 5:14-CR-50036 | |
| RANDY BISE | DEFENDANT/PETITIONER |

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 65) of Magistrate Judge James R. Marschewski, filed on May 4, 2018. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 65) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255 (Doc. 54) is **DISMISSED WITH PREJUDICE**. Furthermore, for the reasons set forth in the Report and Recommendation, a Certificate of Appealability will be denied if requested, since Defendant did not made a substantial showing of the denial of a constitutional right.

**IT IS SO ORDERED** this 22nd day of May, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE